IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| RAFAEL CARLOS BARRIOS, § | |
| § | |
| Petitioner, § | |
| § | |
| v. § | CAUSE NO. EP-26-CV-430-KC |
| § | |
| PAM BONDI et al., § | |
| § | |
| Respondents. § | |

**FINAL JUDGMENT**

On this day, the Court considered the case. On February 23, 2026, the Court granted in part Barrios's Petition for Writ of Habeas Corpus and ordered Respondents to either (1) lawfully remove Barrios from the United States or (2) release him from custody under reasonable conditions of supervision, by March 9. Feb. 23, 2026, Order 3, ECF No. 6. By the same date, Respondents were to file a notice informing the Court of their compliance. *Id.* Respondents now inform the Court that Barrios has been released under an Order of Supervision. Status Report 1, ECF No. 12; *see id.* Ex. A ("Order of Supervision"), ECF No. 12-1.

It appears that that no matters remain pending for the Court's consideration. *See generally* Pet., ECF No. 3; Feb. 23, 2026, Order. Accordingly, **the Clerk shall close the case**.

**SO ORDERED**.

**SIGNED this 10th day of March, 2026.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE